1  David M. Poore, SBN 192541
   Scott A. Brown, SBN 177099
2  KAHN BROWN & POORE LLP
   755 Baywood Drive, Suite 185
3  Petaluma, California  94954
   Telephone:    (707) 763-7100
4  Facsimile:    (510) 923-6285
   dpoore@kahnbrownlaw.com
5
   Attorneys for Plaintiff
6  JOHN L. WHITWORTH

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| JOHN L. WHITWORTH, | Case No.  C 05-00826 MMC |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER CONTINUING HEARING |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; et. al., | Date:         May 5, 2006<br>Time:        9:00 a.m.<br>Courtroom: 7, 19th Floor |
| Defendants. | Judge:       Hon. Maxine M. Chesney |

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties by and through their counsel, to extend the time to file an opposition and reply brief to defendants' motion for summary judgment as set forth below.  The parties stipulate that good cause exists to allow this extension as plaintiff's counsel, David M. Poore, is currently unavailable and out of the state from March 30, 2006, through April 13, 2006, and, as a result, will be unable to prepare an opposition by the current deadline on April 14, 2006.  The parties respectfully request that the Court allow an extension of one (1) week, as follows:

   1)   The Court in the above-entitled action shall extend plaintiff's time in which to file his opposition papers to defendants' Motion for Summary Judgment/Summary Adjudication for a period of seven (7) days to April 21, 2006; and

-1-   WHITWORTH V. REGENTS, NO. C05-00826 MMC

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ SUMMARY ADJUDICATION**

2) The Court shall also extend defendants' time in which to file their reply papers for a period of seven (7) days to April 28, 2006.

IT IS SO STIPULATED.

Dated: March ____, 2006          KAHN BROWN & POORE LLP

By: _____/s/_____
David M. Poore
Attorneys for Plaintiff

Dated: March ____, 2006          LOMBARDI LOPER & CONANT LLP

By: _____/s/_____
GayLynn Kirn Conant
Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA; ISABEL HAWKINS; RALPH ANDERSON; and CAROL LUNSFORD

■ ■ ■

### **ORDER**

**IT IS SO ORDERED**.

PLAINTIFF'S TIME IN WHICH TO FILE HIS OPPOSITION PAPERS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS HEREBY EXTENDED TO APRIL 21, 2006, DEFENDANTS' TIME IN WHICH TO FILE THEIR REPLY PAPERS IS HEREBY EXTENDED TO APRIL 28, 2006.

THE HEARING ON THE MOTION IS CONTINUED TO MAY 12, 2006, AT 9:00 A.M.

Dated: May 30, 2006

_____
JUDGE OF THE U.S. DISTRICT COURT