David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:    (707) 763-7100
Facsimile:    (707) 763-7180

dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
JOHN L. WHITWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. WHITWORTH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; et. al.,<br><br>　　　　　Defendants. | Case No.  C 05-00826 MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO FILE BRIEF/MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 25 PAGES<br><br>Date:　　　May 12, 2006<br>Time:　　　9:00 a.m.<br>Courtroom:　7, 19th Floor |

　　　The request of plaintiff for permission to file a memorandum in opposition to defendants' motion for summary judgment in excess of 25 pages came before this Court.

　　　IT IS HEREBY ORDERED that Plaintiff's request for permission to file a memorandum in opposition to defendants' motion for summary judgment is GRANTED. Plaintiff is permitted to file a memorandum in excess of 25 pages, however not more than 35 pages.

　　　SO ORDERED.

Date:  April 26, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　U.S. DISTRICT JUDGE

---

-1-

ORDER GRANTING PLAINTIFF PERMISSION　　　WHITWORTH V. REGENTS, NO. C05-00826 MMC
TO FILE BRIEF/MEMORANDUM IN EXCESS OF 25 PAGES