1  GAYLYNN KIRN CONANT, State Bar No. 161247
   gkc@llcllp.com
2  AN H. NGUYEN, State Bar No. 215453
   ahn@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Plaintiff
7  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA, ISABEL HAWKINS, RALPH
8  ANDERSON and CAROL LUNSFORD

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | JOHN L. WHITWORTH,                              | Case No.  C 05-00826 MMC
13 |           Plaintiff,                            | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXCEED PAGE LIMITS FOR REPLY BRIEF PURSUANT TO LOCAL RULE 7-4 AND 7-10**
14 | v.                                              |
15 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ISABEL HAWKINS, |
16 | RALPH ANDERSON and CAROL LUNSFORD, and DOES 1 through 50, | Date:      May 12, 2006
                                                               Time:      9:00 a.m.
17 | inclusive,                                      | Courtroom: 7, 19th Fl.
18 |           Defendants.                           |

19

20    The request of Defendants for permission to file a reply to the memorandum in opposition

21 to Defendants' motion for summary judgment in excess of 15 pages came before this Court.

22    IT IS HEREBY ORDERED that Defendants' request for permission from the Court to file

23 a reply to the memorandum in opposition to defendants' motion for summary judgment is

24 GRANTED.  Defendant is permitted to file a reply in excess of 15 pages, however not more than

25 22 pages.

26    SO ORDERED.

27 Date: April 27, 2006                       _____
                                                U.S. DISTRICT JUDGE
28